

401 Congress Ave., Suite 1540
Austin, Texas 78701
(512) 693-7570
bill@cobbxcounsel.com

December 9, 2019

***Via efiling***
Velva L. Price
Travis County District Clerk
1000 Guadalupe St., #103
Austin, TX 78701

  Re: Issuance of Citation for Service of Process

| | |
|---|---|
| Court: | 419th Judicial District Court of Travis County, Texas |
| Cause Number: | D-1-GN-19-007993 |
| Case Style: | CANarchy Craft Brewery Collective, L.L.C. v. The Texas Alcoholic Beverage Commission, and Jason E. Boatright, Michael S. Adkins, and Deborah Gray Marino in their official capacities |
| Party Names & Addresses: | Texas Alcoholic Beverage Commission<br>5806 Mesa Dr., Austin, Texas 78731<br><br>Commissioner Jason E. Boatright<br>5806 Mesa Dr., Austin, Texas 78731<br><br>Commissioner Michael S. Adkins<br>5806 Mesa Dr., Austin, Texas 78731<br><br>Commissioner Deborah Gray Marino<br>5806 Mesa Dr., Austin, Texas 78731 |
| Return this citation to: | Scott L Thomas<br>THOMAS PROCESS<br>605 W. 14th Street, Austin, Tx 78701<br>Scott@ThomasProcess.org<br>512-320-8330 |

        Sincerely,

        Bill Cobb