IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CANARCHY CRAFT BREWERY COLLECTIVE, LLC,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. AU:20-CV-00055-RP |
| **TEXAS ALCOHOLIC BEVERAGE COMMISSION, KEVIN J. LILLY, IDA CLEMENT STEEN, JASON E. BOATRIGHT, MICHAEL S. ADKINS, DEBORAH GRAY MARINO,** | § § § § § § § § | |
| *Defendants.* | § § | |

## FINAL JUDGMENT

Before the Court is Plaintiff's Unopposed Motion to Enter Final Judgment and Dismissal Without Prejudice of Remaining Claim (the "Motion"). The Court previously granted Plaintiffs' Motion for Partial Summary Declaratory Judgment (Dkt. No. 22). Plaintiff asks the Court to enter final judgment as to the claim on which the Court has granted partial summary judgment. Plaintiff has also notified the Court that it is voluntarily dismissing its remaining claim against Defendants without prejudice and that Defendants are not opposed to the dismissal. Having considered the Motion, the Court finds that its order granting partial summary judgment to Plaintiff is an ultimate disposition of an individual claim entered in the course of a multiple claims action and there is no just reason for delaying final judgment in this case. Plaintiff's Motion is **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

In accordance with the Court's prior Order granting Plaintiff partial summary judgment (Dkt. No. 32), the Court hereby declares that the 225,000-barrel production threshold in Texas

Alcoholic Beverage Code §§ 12.052(a) and 62.122(a) includes only barrels of malt beverages produced by the brewer at all premises owned by the brewer and does not include barrels of malt beverages produced by the brewer at premises leased by the brewer.

Plaintiff's remaining claim against Defendants is DISMISSED without prejudice.

It is so ORDERED.

Signed this 10th day of February, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2